17, 1906.) Action by Stephen M. Hoye against the Pennsylvania Railroad Company and the Westcott Express Company. No opinion. Motion for reargument denied. See 100 N. Y. Supp. 190.

HUDSON & M. RY. CO. v. WENDEL. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Action by the Hudson & Manhattan Railway Company against Josephine J. S. Wendel. No opinion. Motion for stay denied, on conditions stated in memorandum per curiam. Settle order on notice.

HUGHES, Respondent, v. BANGS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 23, 1906.) Action by Mary M. Hughes, as, etc., against Anson M. Bangs and another. No opinion. Order affirmed, with $10 costs and disbursements.

In re HUMMEL. (Supreme Court, Appellate Division, First Department. July 12, 1906.) In the matter of Abraham H. Hummel. Respondent suspended pending appeal.

In re HUNT. (Supreme Court, Appellate Division, Second Department. September 28, 1906.) In the matter of the application of J. L. Starr Hunt for admission to the bar. No opinion. Application granted.

HURMUZE, Respondent, v. HOWE et al., Appellants. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by John G. Hurmuze against Charles T. Howe and another. G. H. Taylor, for appellants. M. Kendall, for respondent. No opinion. Appeal from decision dismissed, with costs. Judgment affirmed, with costs. Order filed.

HUTTER, Respondent, v. ASH et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Jacob Hutter against Sidney Ash and Alfred Lewin. No opinion. Final order of the Municipal Court affirmed, with costs.

INDERLIED, Appellant, v. DE WITT, Respondent. (Supreme Court, Appellate Division, Third Department. June 27, 1906.) Action by Edward C. Inderlied against Martin A. De Witt. No opinion. Order affirmed, with $10 costs and disbursements.

INGALLS, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. June 27, 1906.) Action by Charles W. Ingalls against the state of New York. No opinion. Judgment unanimously affirmed, with costs.

INGRAM v. MURTHA et al. (Supreme Court, Appellate Division, First Department. June 20, 1906.) Action by Harry Ingram against Thomas F. Murtha and others. No opinion. Appeal dismissed, with $10 costs. Order filed.

ISAACS et al., Appellants, v. BALDWIN et al., Respondents. (Supreme Court, Appellate Division, First Department. June 20, 1906.) Action by Bendet Isaacs and others against Clarence D. Baldwin and another. A. I. Elkus, for appellants. J. C. Bushby, for respondents. No opinion. Judgment affirmed, with costs.

JACOBY v. JACOBY et al. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Julius Jacoby against Samuel Jacoby and others. No opinion. Judgment affirmed, with costs, on opinion of Mr. Justice Kelly at Special Term. 94 N. Y. Supp. 260.

JACOBY, Appellant, v. JACOBY et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) Action by Julius Jacoby against Samuel Jacoby and others. No opinion. Motion denied.

J A G E R, Respondent, v. G O L D M A N N-SCHWEISHEIMER CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 28. 1906.) Action by Adolf Jager against the Goldmann-Schweisheimer Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

J A G E R, Respondent, v. G O L D M A N N-SCHWEISHEIMER CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 28, 1906.) Action by Henry Jager, an infant, by Adolf Jager, his guardian ad litem, against the Goldmann-Schweisheimer Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

JESSOP, Respondent, v. STEVENSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by James Jessop, as trustee, etc., against Henry Jessop Stevenson, Cora Ethel Stevenson and others. No opinion. Judgment affirmed, with costs.

JETTER et al., Appellants, v. SCOLLAN, Respondent. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by George J. Jetter and another against John Scollan. J. H. Hull, for appellants. M. Weinman, for respondent. No opinion. Determination affirmed, with costs. Order filed. See 96 N. Y. Supp. 274.

JEWELL, Respondent, v. JEWELL, Appellant. (Supreme Court, Appellate Division, First Department. June 8, 1906.) Action by James A. Jewell against Caroline L. Jewell. W. L. Snyder, for appellant. W. N. Cohen, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

J. J. SPURR & SONS, Inc., Respondent, v. EMPIRE STATE SURETY CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by J. J. Spurr & Sons, Incorporated, against the Em

pire State Surety Company, impleaded, etc. No opinion. Interlocutory judgment affirmed, with costs.

In re J. N. HEGEMAN & CO. (Supreme Court, Appellate Division, First Department. June 25, 1906.) In the matter of J. N. Hegeman & Co. No opinion. Motion for leave to go to Court of Appeals and for stay granted; questions to be certified on settlement of order. Settle order on notice.

JOHNSON, Respondent, v. RAVITCH et al., Defendants. (Supreme Court, Appellate Division, Second Department. June 27, 1906.) Action by Benjamin Johnson against David Ravitch and others. No opinion. Order affirmed, on authority of Johnson v. Ravitch (decided herewith) 99 N. Y. Supp. 1059, with $10 costs and disbursements.

JOHNSON, Respondent, v. ROCHESTER RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) Action by Jessie Johnson against the Rochester Railway Company. No opinion. Order affirmed, with costs.

JOHNSON, Respondent, v. ROCHESTER RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 3, 1906.) Action by Jessie Johnson against the Rochester Railway Company. No opinion. Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted.

JOHNSON, Respondent, v. SIMMONS et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 17, 1906.) Action by Martin I. Johnson against Joseph Simmons and others. No opinion. Motion denied, and temporary stay vacated.

JOHNSON, Respondent, v. WHITE et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action by Martin I. Johnson against Sarah J. White and others. No opinion. Appeal dismissed, with $10 costs and disbursements.

JONES et al., Respondents, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by George R. Jones and George Aubinger against the Long Island Railroad Company.
PER CURIAM. Judgment of the Municipal Court affirmed, with costs.
JENKS and MILLER, JJ., dissent.

JONES, Respondent, v. MOSS, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Ann Eliza Jones against Courtlandt D. Moss. No opinion. Judgment and order unanimously affirmed, with costs.

In re JOSEPHSSON. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) In the matter of the application of Axel Josephsson for admission to the bar. No opinion. Application granted.

In re KAFFENBURGH. (Supreme Court, Appellate Division, First Department. July 12, 1906.) In the matter of Abraham H. Kaffenburgh. No opinion. Ordered that respondent file answer in 20 days.

KAPLAN, Respondent, v. WEISSENGRUN, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action by Louis Kaplan against Herman Weissengrun. No opinion. Motion denied.

KAUFMAN, Respondent, v. JUDAH, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Action by Carrie Kaufman against Jennie Judah. F. Bien, for appellant. E. Jacobs, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KAVANAGH, Respondent, v. NEW YORK & N. J. ICE LINES, Appellant. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by Francis R. Kavanagh, a creditor, against the New York & New Jersey Ice Lines.
PER CURIAM. Interlocutory judgment affirmed, with costs.
HOOKER, J., dissents.

KEEPERS. v. WEST VIRGINIA BRIDGE CO. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Action by William H. Keepers against the West Virginia Bridge Company. No opinion. Motion for stay denied, with $10 costs. Settle order on notice.

KELLOGG et al., Respondents, v. SOWERBY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) Action by Spencer Kellogg and another against George F. Sowerby and others.
PER CURIAM. Judgment and order affirmed, with costs.
NASH, J., not sitting.

KELLY, Respondent, v. BROOKLYN BOROUGH GAS CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action by Loretta Kelly, an infant, by Joseph Kelly, her guardian ad litem, against the Brooklyn Borough Gas Company. No opinion. Motion to dismiss appeal granted.

KELTON, Appellant, v. KELTON, Respondent. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) Action by Chauncey Kelton against Mary L. Kelton. No opinion. Judgment affirmed, with costs.

KENDALL, Respondent, v. CARNRICK, Appellant. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by Frank P. Kendall against Gertrude Carnrick, as executrix. B. N. Cardozo, for appellant. J. M. Bowers, for respondent. No opin-